```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
         - v -                          INDICTMENT
                                    :
ABDULLAH AZIZ,                          S1 07 Cr. 509 (TPG)
     a/k/a "Marion Gaillard",       :
GEORGE CRAWFORD,
DERRICK WARD,                       :

         Defendants.                :

- - - - - - - - - - - - - - - - - -x
```

                    COUNT ONE

The Grand Jury charges:

1. From in and around October 2002, up to and including in and around January 2003, in the Southern District of New York and elsewhere, ABDULLAH AZIZ, a/k/a "Marion Gaillard", GEORGE CRAWFORD and DERRICK WARD, the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with others to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 641.

2. It was a part and an object of the conspiracy that ABDULLAH AZIZ, a/k/a "Marion Gaillard", GEORGE CRAWFORD and DERRICK WARD, the defendants, and others known and unknown, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to their own use and the use of another, vouchers, money and things of value of the United States and a department and agency thereof, and did receive, conceal, and

retain the same with intent to convert it to their own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, in violation of Title 18, United States Code, Section 641.

## OVERT ACTS

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

(a)   On or about November 4, 2002, ABDULLAH AZIZ, a/k/a "Marion Gaillard", the defendant, submitted an "Application for WTC Business Recovery Program" in another person's name and AZIZ listed AZIZ'S own address in the Bronx, New York as the address to which the recovery funds should be sent.

(b)   On or about December 6, 2002, GEORGE CRAWFORD, the defendant, cashed a check in the amount of $4,569 from the ESDC/WTC Disaster Recovery Program Grant Fund, to which he was not entitled, at a check cashing facility in the Bronx, New York.

(c)  On or about December 12, 2002, DERRICK WARD, the defendant, cashed a check in the amount of $1,930 from the ESDC/WTC Disaster Recovery Program Grant Fund that was issued to another person at a check cashing facility in the Bronx, New York.

(Title 18, United States Code, Section 371.)

## COUNT TWO

The Grand Jury further charges:

4.  From in or about October 2002, up to and including in or about January 2003, in the Southern District of New York and elsewhere, GEORGE CRAWFORD, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to his own use and the use of another vouchers, money and things of value of the United States and a department and agency thereof and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, CRAWFORD applied for and received under false pretenses approximately $4,569 in federal funds intended to assist with the September 11 recovery efforts in lower Manhattan.

(Title 18, United States Code, Section 641.)

COUNT THREE

The Grand Jury further charges:

5.  From in or about October 2002, up to and including in or about January 2003, in the Southern District of New York and elsewhere, DERRICK WARD, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to his own use and the use of another vouchers, money and things of value of the United States and a department and agency thereof and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, WARD without authorization cashed a check in the amount of $1,930 from the ESDC/WTC Disaster Recovery Program Grant Fund that was issued to another person at a check cashing facility in the Bronx, New York.

(Title 18, United States Code, Section 641.)

_____       _____
FOREPERSON                      MICHAEL J. GARCIA
                                United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ABDULLAH AZIZ,
a/k/a "Marion Gaillard",
GEORGE CRAWFORD,
DERRICK WARD,

Defendant.

### INDICTMENT

S1 07 Cr. 509 (TPG)

(18 U.S.C. §§ 371 & 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

*[handwritten notations: 9/26/07 Filed Indictment. A/W issued. s/ Mag. Judge Katz]*