**MEMO ENDORSED**



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 4, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/08
```

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Suite 1630
New York, New York 10007

Re:  **United States v. Abdullah Aziz, et al.,**
     **S1 07 Cr. 509 (TPG)**

Dear Judge Griesa:

The Government respectfully submits this letter to exclude time under the Speedy Trial Act until the date of the next conference, which currently is scheduled for January 17, 2008 at 10:30 a.m.. Such an exclusion is warranted because, among other reasons, it will enable the parties to continue plea discussions and each of the defendants has consented to such an exclusion.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
John T. Zach
Assistant United States Attorney
(212) 637-2410

*Approved.*
*Thomas P. Griesa*
       USDJ
     1/7/08

Copies to:
Steven R. Peiken, Esq.
Xavier R. Donaldson, Esq.
**BY FAX**

JAN 4 2008

CHAMBERS OF
[ILLEGIBLE]