# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **37**

----------------------------------------

LISA

USCA NO. _08-1823-cr_

-v-

CRAWFORD (WARD)

SDNY NO. _07CR509_-3
JUDGE: _TPG_
DATE: _4/29/2008_

----------------------------------------

APR 2 9 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _Leopoldo Poscablo_
FIRM _Sullivan & Cromwell_
ADDRESS _125 Broad St_
_NY, NY._
PHONE NO. _212  558-3584_

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENTS                                                        DOC#

----------------------------------------
Clerk's Certificate
----------------------------------------
See Attached List of Numbered Documents
----------------------------------------
Only Circled Documents Included
----------------------------------------

( ✓ ) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _29th_ Day of _April_, 2008.

**United States District Court for
the Southern District of New York**

------------------------------------------------------------

USA

-V-

CRAWFORD

( WACT )

------------------------------------------------------------

Date: _APRIL 29, 2008_

U.S.C.A. # _08-1823-cr_

U.S.D.C. # _07 CR 509.3_

D.C. JUDGE: _TPG_

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| 10\17\07    # 18    ARREST WARRANT RETURNED EXECUTED | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _29th_ Day of _April_ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
CRIMINAL DOCKET FOR CASE #: 1:07-cr-00509-TPG-3
Internal Use Only

APPEAL

Case title: USA v. Crawford

Date Filed: 06/06/2007
Date Terminated: 03/28/2008

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2007 | 12 | (S1) SUPERSEDING INDICTMENT FILED as to George Crawford (1) count(s) 1s, 2s, Abdullah Aziz (2) count(s) 1, 3, Derrick Ward (3) count(s) 1, 3. [Microfilmed on 9/26/07 at 12:00pm] (jw) (Entered: 09/28/2007) |
| 10/17/2007 | 18 | Arrest Warrant Returned Executed on 10/17/07 as to Derrick Ward. (ja) (Entered: 10/22/2007) |
| 10/17/2007 | | Minute Entry for proceedings held before Judge Henry B. Pitman :Initial Appearance as to Derrick Ward held on 10/17/2007. Dft Ward pres w/atty Steven Peikin (CJA). AUSA John Zach pres. Dft arrested 10/17/07 at 7 a.m.; presentment at 5:30 p.m. Agreed bail Package: $50,000 PRB, 1 FRP, travel restricted to SDNY/EDNY, surrender travel documents (and no new applications), strict pretrial drug testing/treatment; dft to be released when dft and co-signer execute bond. Dft arraigned and enters not guilty plea. T.E today and 11/17/07, excluded on consent. (ja) (Entered: 10/22/2007) |
| 10/17/2007 | 19 | CJA 23 Financial Affidavit by Derrick Ward. (Signed by Judge Henry B. Pitman ) (CJA Steve Peiken)(pr) (Entered: 10/22/2007) |
| 10/17/2007 | | Minute Entry for proceedings held before Judge Henry B. Pitman :Arraignment as to Derrick Ward (3) held on 10/17/2007. Plea entered by Derrick Ward (3) Counts 1 and 3 Not Guilty. (ja) (Entered: 10/22/2007) |
| 10/17/2007 | 22 | CJA 20 as to Derrick Ward: Appointment of Attorney Steven Robert Peikin for Derrick Ward. (Signed by Judge Henry B. Pitman on 10/22/07) CJA Office Mailed the Original to Attorney, and Sent Copy to File. (sac) (Entered: 10/26/2007) |
| 11/08/2007 | 23 | ORDER as to George Crawford, Abdullah Aziz, Derrick Ward. It is hereby ORDERED that the request for an exclusion of time under the Speedy Trial Act in this case is hereby GRANTED from the date of this Order until November 14, 2007. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to continue ongoing plea discussions and review discovery material. Accordingly, it is further ORDERED that the time between the date of this order and November 14, 2007 is hereby excluded under the Speedy Trial Act, 18 USC 3161(h)(8)(A), in the interests of justice. (Signed by Judge Thomas P. Griesa on 11/7/07)(jw) (Entered: 11/08/2007) |
| 11/14/2007 | | Minute Entry for proceedings held before Judge Thomas P. Griesa :Pretrial Conference as to (S1-07-cr-509-)George Crawford, Abdullah Aziz, Derrick Ward held on 11/14/2007. Deft Abdullah Aziz not present, atty Xavier Donaldson present; deft Derrick Ward not present, atty Steven Peikin present; deft George Crawford present w/atty Annemarie Hassett; gov't by John Zach, AUSA. Deft George Crawford is arraigned on this superseding indictment and enters a plea of not guilty. Pretrial Conference held. Next conference scheduled for 12/10/07 at 4:30 p.m. Time is excluded from speedy trial calculations from today's date til 12/10/07 in the interest of justice. Deft George Crawford continued released on $10,000 PRB. (bw) (Entered: 11/16/2007) |
| 11/14/2007 | | ORAL ORDER as to George Crawford, Abdullah Aziz, Derrick Ward. Time excluded from 11/14/07 until 12/10/07. Pretrial Conference set for 12/10/2007 at 04:30 PM before Judge Thomas P. Griesa. (bw) (Entered: 11/16/2007) |
| 12/10/2007 | | Minute Entry for proceedings held before Judge Thomas P. Griesa :Pretrial Conference as to Derrick Ward held on 12/10/2007. Deft D. Ward present with atty Steven Peikin, gov't by John Zach, AUSA. Pretrial conference held. Motion scheduled determined. Deft cont'd remanded. (jw) (Entered: 12/12/2007) |
| 01/10/2008 | 25 | ENDORSED LETTER as to George Crawford, Abdullah Aziz, Derrick Ward addressed to Judge Griesa from John T. Zach, AUSA dated 1/4/08 re: Exclusion of time under the speedy trial act until the next conference scheduled for 1/17/08 @ 10:30am. Approved. (see attached letter for full text). (Signed by Judge Thomas P. Griesa on 1/4/08)(pr) Modified on 1/10/2008 (pr). (Entered: 01/10/2008) |
| 01/10/2008 | | Set/Reset Hearings as to George Crawford, Abdullah Aziz, Derrick Ward: Pretrial Conference set for 1/17/2008 at 10:30 AM before Judge Thomas P. Griesa.. (pr) (Entered: 01/10/2008) |
| 01/17/2008 | | Minute Entry for proceedings held before Judge Thomas P. Griesa :Change of Plea Hearing as to Derrick Ward held on 1/17/2008. Deft present with his atty Steven Peikin, AUSA John Zach is present. Court reporter is present. Deft withdraws his plea of not guilty and enters a plea of guilty to counts 1 and 3 of the indictment, pursuant to the Pimental letter dated 1/16/08. An expedited PSR is ordered. Sentence date is set for 2/19/08 at 4:30pm. Time is excluded from today until 2/19/08. Deft remanded. (jw) (Entered: 01/18/2008) |
| 01/17/2008 | | Change of Not Guilty Plea to Guilty Plea as to Derrick Ward (3) Count 1,3. (jw) (Entered: 01/18/2008) |
| 01/17/2008 | | Minute Entry for proceedings held before Judge Thomas P. Griesa :Plea entered by Derrick Ward (3) Guilty as to Count 1,3. (jw) (Entered: 01/18/2008) |
| 01/17/2008 | | Order of Referral to Probation for Presentence Investigation and Report as to Derrick Ward. (Signed by Judge Thomas P. Griesa on 1/17/08)(jw) (Entered: 01/18/2008) |
| 01/17/2008 | | Minute Entry for proceedings held before Judge Thomas P. Griesa: as to Derrick Ward: Sentencing set for 2/19/08 at 04:30 PM before Judge Thomas P. Griesa. (jw) (Entered: 01/18/2008) |
| 03/10/2008 | 26 | TRANSCRIPT of Proceedings as to Derrick Ward held on 1/17/08 before Judge Thomas P. Griesa. (aaa) (Entered: 03/10/2008) |
| 03/12/2008 | 28 | TRANSCRIPT of Proceedings as to Derrick Ward held on 1/17/08 before Judge Thomas P. Griesa. (aaa) (Entered: 03/12/2008) |
| 03/12/2008 | 29 | TRANSCRIPT of Proceedings as to Derrick Ward held on 1/17/08 before Judge Thomas P. Griesa. (aaa) (Entered: 03/12/2008) |
| 03/26/2008 | | Minute Entry for proceedings held before Judge Thomas P. Griesa :Sentencing held on 3/26/2008 for Derrick Ward (3) Count 1,3 (jw) (Entered: 04/01/2008) |

of 2

| | | |
|---|---|---|
| 03/28/2008 | 33 | FILED JUDGMENT IN A CRIMINAL CASE as to Derrick Ward (1). Pleaded guilty to Count(s) 1, Imprisonment for a total term of Twelve Months (12) Supervised release for a term of One Year., Pleaded guilty to Count(s) 3, Imprisonment for a total term of Twelve Months (12)Supervised release for a term of One Year. The defendant is remanded to the custody of the US Marshal. Special Assessment of $200 which is due immediately. Restitution of $1,939.00 which shall be paid in monthly installments of 10% of defendant's gross monthly income over the period of supervision to commence 60 days after release from custody. (Signed by Judge Thomas P. Griesa on 3/28/08)(jw) (Entered: 04/01/2008) |
| 04/07/2008 | 35 | NOTICE OF APPEAL by Derrick Ward from 33 Judgment. Copies mailed to attorney(s) of record: A.U.S.A. (tp)(Entered: 04/11/2008) |
| 04/07/2008 | | Appeal Remark as to Derrick Ward re: 35 Notice of Appeal - Final Judgment. NO FEE. ATTORNEY CJA. (tp)(Entered: 04/11/2008) |
| 04/11/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Derrick Ward to US Court of Appeals re: 35 Notice of Appeal - Final Judgment. (tp) (Entered: 04/11/2008) |