**MANDATE**

ORIGINAL

SDNY-NYNY
07-cr-509
GRIESA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

--------------------------------------
United States of America,

                Appellee,

   v.

Derrick A. Ward,

              Defendant-
              Appellant.
-------------------------------------- x

Docket No. 08-1823cr

STIPULATION OF
WITHDRAWAL
OF APPEAL

FILED
JUN 10 2008
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

      The undersigned hereby stipulate that the above captioned appeal is withdrawn without costs and without attorney's fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

By: _____
    Derrick A. Ward

Cumberland FCI
P.O. Box 1000
Cumberland, MD 21501

Defendant-Appellant

By: _____
    John Zach, Esq.

Assistant United States Attorney
United States Attorney's Office, S.D.N.Y.
One Street Andrew's Plaza
New York, New York 100007
Tel: (212) 637-2410

Attorney for Appellee, United States of America

SO ORDERED:

6/10/08
Date

NY12534:192300.1

Steven R. Peikin

By: _____
    Steven R. Peikin

125 Broad Street
New York, New York 10004
Tel: 212-558-4000

Attorney for Defendant-Appellant, Derrick A. Ward

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
    DEPUTY CLERK

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,

By: _____
Joy Fallek, Administrative Attorney

CERTIFIED: 7/2/08